# Ademi & O'Reilly, LLP
### Attorneys at Law

Guri Ademi
Shpetim Ademi
Robert K. O'Reilly
John D. Blythin
Mark A. Eldridge
Denise L. Morris

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

May 25, 2017

<u>*Via ECF*</u>

Hon. Pamela Pepper
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

   Re: *Rossiter v. MRS BPO LLC*
      Case No. 17-cv-00431-PP

Dear Judge Pepper:

  All parties in this action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court shortly, and within 45 days.

  As such, Plaintiff respectfully requests that the Court not take any further action on this case. Plaintiff also suggests that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

                Very truly yours,
                ADEMI & O'REILLY, LLP


                /s/ Mark A. Eldridge
                Mark A. Eldridge

cc (via ECF): Bradley R. Armstrong, attorney for Defendant
        Michael S. Poncin, attorney for Defendant